**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1795**

ALFRED L. STONE,

Plaintiff – Appellant,

v.

BALTIMORE WASHINGTON HOTEL/VISTA HOST INC., Limited
Partnership; HILTON WORLDWIDE, INC.; VISTA HOST, INC.;
HAMPTON INN; EVELYN ROGERS, Housekeeper; ANNETTE WHITE;
MICHAEL GULOTTY, Operations Man.; HILTON WORLDWIDE
HOLDINGS, INC.; VH HOTEL MANAGEMENT INC.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:15-cv-02272-GLR)

Submitted:  November 30, 2016          Decided:  January 4, 2017

Before KING, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alfred L. Stone, Appellant Pro Se. James R. Andersen, Tara A.
Barnes, ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred L. Stone appeals the district court's order granting defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stone v. Baltimore Washington Hotel, Inc., No. 1:15-cv-02272-GLR (D. Md. June 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED